**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                                                    10 **CR** 464 (GHW)

       -against-

                                                                                     **JUDGMENT**

SAIMIR KRASNIQI and BRUNO KRASNIQI,
                            Defendants.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 8, 2022, Judge Gorenstein's thoughtful and well-reasoned report and recommendation is adopted in full. The petition is dismissed. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). The petitioners have not made a substantial showing of the denial of a constitutional right, so the Court denies a certificate of appealability under 28 U.S.C. § 2253; accordingly, case 21-cv-1753 is closed.

**DATED:**   New York, New York
              July 18, 2022

                                                                              **RUBY J. KRAJICK**

                                                                              **Clerk of Court**

                                            **BY:**    *K. Mango*

                                                                               **Deputy Clerk**